| | | |
|---|---|---|
| **LAKEFRONT MANAGEMENT AUTHORITY** | * | **NO. 2025-CA-0324** |
| | * | **COURT OF APPEAL** |
| **VERSUS** | * | **FOURTH CIRCUIT** |
| **J & J PARTNERS, L.L.C.** | * | **STATE OF LOUISIANA** |
| | * | |
| | * | |

\* \* \* \* \* \* \*

*JCL*

**LOBRANO, J., CONCURS IN THE RESULT**